UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANTHONY DUNGEY, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO. 1:05-CV-124 TS |
| OATESS E. ARCHEY, *et al.* | ) |
| Defendants. | ) |

**OPINION AND ORDER**

On July 8, 2005, the Grant County Sheriff's Department notified this court that Anthony Dungey, the *pro se* prisoner plaintiff in this case, was no longer housed there. On July 25, 2005, in response to a subsequent mailing, the Grant County Sheriff's Department again notified this court that Anthony Dungey was no longer housed there. On the last page of his complaint Mr. Dungey initialed the statement, "I agree to promptly notify the clerk of any change of address." To date, he has not provided the clerk with a new address.

Mr. Dungey having apparently abandoned this case, it is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b). The clerk is **DIRECTED** to attempt to notify Mr. Dungey of this order by mailing a copy to his last known address. If Mr. Dungey receives a copy of this order and wishes to reopen this case, he must **SHOW CAUSE** on or before August 31, 2005, why he did not timely provide this court with a current address **OR** he may merely begin again by filing a new complaint which would then be assigned new cause number.

SO ORDERED on August 1, 2005.

S/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT